**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ATLANTA PHOTOGRAPHY, LLC | |
| Plaintiff, | |
| v. | |
| IAN MARSHALL REALTY, INC., IAN MARSHALL, and ALBERT JONES | CIVIL ACTION NO. 1:13-cv-02330-AT |
| Defendants. | |

_____

**CERTIFICATE OF SERVICE OF DISCOVERY MATERIAL**
_____

Pursuant to N.D. Ga. L.R. 26.3 and FED. R CIV. P. 5, the undersigned hereby certifies that the following discovery:

1.     Plaintiff's Objections and Responses to Defendant Albert Jones' First Interrogatories; and

2.     Plaintiff's Objections and Responses to Defendant Albert Jones' First Request for Production

was this date served upon Defendant Ian Marshall Realty, Inc., Defendant Ian Marshall, and Defendant Albert Jones by electronic mail to their counsel:

Thomas M. Shepherd
Seth N. Katz
SHEPHERD LAW, LLC
1180 West Peachtree Street, NW
Suite 2450
Atlanta, Georgia 30309
tshepherd@shepherdlaw.net
snkatz@hotmail.com

Ernest DeLong
DELONG, CALDWELL, BRIDGERS, FITZPATRICK, LLC
3100 Centennial Tower
101 Marietta Street
Atlanta, Georgia 30303
woodydelong@dcbflegal.com

pursuant to a prior agreement between the parties.

Respectfully submitted this 26th day of June, 2014.

**LAW OFFICE OF CAROLYN E. WRIGHT, LLC**

s/ Evan A. Andersen
_____
CAROLYN E. WRIGHT
Georgia Bar No. 777718
EVAN A. ANDERSEN
Georgia Bar No. 377422

P.O. Box 250208
Atlanta, GA  30325
775-589-2229 (telephone)
404-496-6606 (telephone)
775-580-7322 (facsimile)
carolyn@photoattorney.com
evan@photoattorney.com

*Counsel for Plaintiff Atlanta Photography, LLC*

2

## <u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1(C)</u>

Counsel for Plaintiff Atlanta Photography, LLC hereby certifies that this filing was prepared in Times New Roman font, 14 point, in compliance with Local Rule 5.1(C).

This 26th day of June, 2014.

Respectfully submitted,

**LAW OFFICE OF CAROLYN E. WRIGHT, LLC**

s/ Evan A. Andersen
_____
CAROLYN E. WRIGHT
Georgia Bar No. 777718
EVAN A. ANDERSEN
Georgia Bar No. 377422

P.O. Box 250208
Atlanta, GA  30325
775-589-2229 (telephone)
404-496-6606 (telephone)
775-580-7322 (facsimile)
carolyn@photoattorney.com
evan@photoattorney.com

*Counsel for Plaintiff Atlanta Photography, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the undersigned electronically filed this CERTIFICATE OF SERVICE OF DISCOVERY MATERIAL with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Tom Shepherd
SHEPHERD LAW, LLC
1180 West Peachtree Street, NW
Suite 2450
Atlanta, Georgia 30309
tshepherd@shepherdlaw.net

Earnest DeLong
DELONG, CALDWELL, BRIDGERS & FITZPATRICK, LLC
3100 Centennial Tower
101 Marietta Street
Atlanta, Georgia 30303
woodydelong@dcbflegal.com

This 26th day of June, 2014.

Respectfully submitted,

**LAW OFFICE OF CAROLYN E. WRIGHT, LLC**

/s/ Evan A. Andersen
EVAN A. ANDERSEN
Georgia Bar No. 377422
CAROLYN E. WRIGHT
Georgia Bar No. 777718

P.O. Box 250208
Atlanta, GA  30325

404-496-6606 (telephone)
775-588-5961 (facsimile)
evan@photoattorney.com
carolyn@photoattorney.com

*Counsel for Plaintiff Atlanta Photography, LLC*